IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







No. AP-75,541






CLIFTON WILLIAMS, Appellant



v.



THE STATE OF TEXAS






Appeal of Case 114-1505-06 of the


114th Judicial District Court,


Smith County




 


 Womack, J., filed a concurring opinion.



 I join the Court's opinion, ante. I write to emphasize that we have not been asked to
decide whether the instruction on mental retardation violated Article 36.14 of the Code of
Criminal Procedure, which requires the trial judge to deliver a written charge "setting forth the
law" and "not summing up the testimony, [or] discussing the facts ."


Filed November 26, 2008.

Publish.